No. 26-3217

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JAMIE ORTEGA-URQUIDI, | Appeal from the United States District Court for the Northern District of Ohio |
| Defendant-Appellant | |
| v. | Case No. 1:25-CR-310-1 |
| UNITED STATES OF AMERICA, | Hon. John R. Adams, United States District Judge, |
| Plaintiff-Appellee | Presiding. |

**MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT-APPELLANT'S BRIEF**

Defendant-Appellant JAMIE ORTEGA-URQUIDI ("Defendant-Appellant"), through his attorney pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, respectfully moves this Court for the entry of an order granting a 30-day extension of time up to and including June 11, 2026, to file the Defendant-Appellant's brief in the above-entitled case currently due for filing on May 12, 2026.

In support of this Motion, counsel submits the attached affidavit. Current counsel has not filed a previous motion for extension of time in this case, and the Government does not object to the request.

April 24, 2026

Respectfully submitted,

JAMIE ORTEGA-URQUIDI,
Defendant-Appellant

*/s/ Johanes Maliza*
Johanes C. Maliza
BENESCH FRIEDLANDER
  COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
216-363-4500
jmaliza@beneschlaw.com

COUNSEL FOR DEFENDANT

STATE OF OHIO )
) SS
COUNTY OF CUYAHOGA )

## DECLARATION OF COUNSEL

Johanes Maliza hereby declares as follows:

1. I am the attorney appointed pursuant to the Criminal Justice Act to represent the Defendant Appellant, JAIME ORTEGA-URQUIDI, in Case Number 26-3217 that is currently pending before the United States Court of Appeals for the Sixth Circuit.

2. I currently have three pending CJA appointed cases pending, including one other appeal in this court, as well as two active cases in the Northern District of Ohio.

3. I am also serving *pro bono* as co-counsel on at least five district court cases currently pending in the Northern District of Illinois.

4. Aside from my appointed cases, I am responsible for a full slate of retained cases, both civil and criminal, currently pending in state and federal courts across the United States.

5. Since being appointed on this case, I have obtained the record on appeal, the relevant transcripts, and reviewed the presentence investigation report. I have conducted research into the background law and made initial drafts of the appellant's brief. I have further contacted the Bureau of Prisons to schedule a consultation with Defendant-Appellant, and am awaiting a final date for a privileged phone call with him.

6. I seek the 30-day extension to finalize research and case analysis, consult with Mr. Ortega Urquidi to ensure his agreement with the strategy and arguments, and finalize the draft of appellant's brief.

7. Pursuant to 28 U.S.C. § 1742, and under penalty of perjury, the undersigned attorney declares that the contents of the foregoing affidavit are true and correct to the best of his knowledge and belief.

Date: April 24, 2026

s/ Johanes Maliza
JOHANES MALIZA

No. 26-3217

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JAMIE ORTEGA-URQUIDI,<br><br>        Defendant-Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee | Appeal from the United States District Court for the Northern District of Ohio<br><br>Case No. 1:25-CR-310-1<br><br>Hon. John R. Adams,<br>United States District Judge,<br>Presiding. |

**NOTICE OF FILING AND PROOF OF SERVICE**

TO: Ms. Kelly L. Stephens, Clerk, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, Ohio 45202

Mr. James P. Lewis, Assistant United States Attorney, Office of the United States Attorney, 801 W. Superior Avenue, Suite 400, Cleveland, Ohio 44113

I hereby certify that on April 24, 2026, I electronically filed the foregoing with the

Clerk of Court for the United States Court of Appeals for the Sixth Circuit by using the

CM/ECF system.  Participants in the case who are registered CM/ECF users will be

served by the CM/ECF system.

Respectfully submitted,

*/s/ Johanes Maliza*
Johanes C. Maliza
BENESCH FRIEDLANDER
  COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
216-363-4500
jmaliza@beneschlaw.com

COUNSEL FOR DEFENDANT